[Cite as *11/21/2002 Case Announcements*, 2002-Ohio-6306.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## November 21, 2002

## MOTION AND PROCEDURAL RULINGS

**1992–2019. State v. Fox.**
Wood App. No. 90–WD–067. Upon consideration of appellee's motion to set execution date,

IT IS ORDERED by the court that the motion to set execution date be, and hereby is, granted.

IT IS HEREBY ORDERED by this court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 12th day of February, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Wood County.

MOYER, C.J., would delay for 30 days.

RESNICK, J., not participating.

**2001–2273. State v. Watkins.**
Greene App. No. 2001 CA 15, 2001-Ohio-1841. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Greene County. Upon consideration of the motion of amicus curiae, the Association of Municipal/County Judges of Ohio, Inc., for leave to participate in oral argument,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2002–1381. State ex rel. Walters v. Indus. Comm.**
Franklin App. No. 01AP–1043, 2002-Ohio-3236. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On November 7, 2002, this court issued an order granting the applications for dismissal of the appeals of appellants/cross-appellees CBS Personnel Services and the Industrial Commission of Ohio. Whereas the cross-appeal of appellee/cross-appellant Michael Walters remains pending,

IT IS ORDERED by the court, sua sponte, that appellee/cross-appellant Michael Walters shall proceed as appellant herein, and appellants/cross-appellees CBS Personnel Services and the Industrial Commission of Ohio shall proceed as appellees herein.

IT IS FURTHER ORDERED by the court, sua sponte, that appellant Michael Walters shall file a merit brief within forty days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1580. State ex rel. Daniels v. Indus. Comm.**
Franklin App. No. 01AP–1441, 2002-Ohio-3857. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 17, 2002.